Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Lara A. Petersen, SBN 318475
**OMNI LEGAL GROUP**
2029 Century Park E, Suite 438
Los Angeles, California 90067
Phone:       310.276.6664
Facsimile:   310.305.1550
omid@omnilg.com
ariana@omnilg.com
lara@omnilg.com

Attorneys for Plaintiff,
LALTITUDE LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE LLC, a California limited liability,<br><br>Plaintiff,<br><br>vs.<br><br>JC INGENIUM PTY LTD, an Australian private company; CARLOS CRUZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-8575-MCS-AFM<br><br>**PROOF OF SERVICE PURSUANT TO FED. R. CIV. P. 4(f)(1)** |

I, Lara A. Petersen, declare as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am an associate attorney of Omni Legal Group, P.L.C., and counsel for Plaintiff Laltitude LLC ("Plaintiff") in the above-captioned matter.

2. I make this Declaration as proof of service of Defendants JC Ingenium Pty Ltd and Carlos Cruz (collectively, "Defendants") in Australia. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. Defendants both reside in Australia. As such, Fed. R. Civ. P. 4(f)(1) governs service of process on Defendants. In particular, Australia is a member of the Hague Convention.

4. As required by the Hague Convention, on or around December 15, 2022, I mailed copies of the Summons (Dkt. 9, 10), Complaint (Dkt. 1), Notice to Counsel (Dkt. 8), Statement of Consent to Proceed Before a United States Magistrate Judge (Dkt. 8-1), and Important Reminder Notice (Dkt. 11), attached to Hague Convention Request for Service forms, to the Central Authority of Australia ("Central Authority"), that is, the Private International Law Unit at the Australian Government Attorney-General's Department at Robert Garran Offices, 3-5 National Circuit, Barton Act 2600, Australia.

5. On March 17, 2022, I received confirmation via electronic mail that the Central Authority received the aforementioned documents and had forwarded the same for service. *See* Dkt. 18-1, Ex. A.

6. On May 16, 2022, I received confirmation via electronic mail that the documents had been successfully served on Defendants and that the certificate of service would be forwarded to me once available. *See* Dkt. 18-1, Ex. A.

7. On July 15, 2022, Omid Khalifeh, lead counsel for Plaintiff, sent an email to the Central Authority inquiring into any status updates since the May 16, 2022 communication.

8. On July 18, 2022, the Central Authority replied, attaching copies of "documentation regarding the successful service on Carlos Cruz and JC Ingenium, (c/-) Carlos Cruz." See **EXHIBIT A** for a true and correct copy of the relevant portion of the email chain from the Central Authority; *see* **EXHIBIT B** for a true and correct copy of the aforementioned documentation, including a cover letter, two certificates of service, and two affidavits of service.

9. Pursuant to the signed affidavit of Roy Alvaro de Carvalho, the "Senior Sergeant" charged with attempting service of Defendants, Carlos Cruz was personally served in his individual capacity and on behalf of JC Ingenium Pty Ltd on April 27, 2022. *See* **EXHIBIT B**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on this 25th day of July, 2022.

_____
Lara A. Petersen