# EXHIBIT A

7/25/22, 2:26 PM    Omni Legal Group Mail - Laltitude LLC v. JC Ingenium Pty Ltd et al.; Hague Convention Service of Process [SEC=OFFICIAL]

Case 2:21-cv-08575-MCS-AFM    Document 19-1    Filed 07/25/22    Page 2 of 21    Page ID #:112



---

## RE: Laltitude LLC v. JC Ingenium Pty Ltd et al.; Hague Convention Service of Process [SEC=OFFICIAL]

**Omid Khalifeh** <omid@omnilg.com>                    Tue, Jul 19, 2022 at 4:10 PM
To: PIL <PIL@ag.gov.au>
Cc: Lara Peterson <lara@omnilg.com>

Well received. Thank you very much.

Warm Regards,
Omid Khalifeh



**OMID E. KHALIFEH**
Principal Patent Attorney
Omid@OmniLG.com

**OMNI LEGAL GROUP**
2029 Century Park East, Suite 400
Los Angeles, CA 90067

310.276.6664
855 IDEA BANK
www.omnilegalgroup.com

Follow us! 

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.
Please consider the environment before you print this e-mail.

---

On Jul 18, 2022, at 9:13 PM, PIL <PIL@ag.gov.au> wrote:

**OFFICIAL**

Good afternoon Omid

Thank you for your email and hope you are also well.

Please see attached documentation regarding the successful service on Carlos Cruz and JC Ingenium (c/-) Carlos Cruz. We have also mailed hardcopy documents to you today.

Kind Regards
Emily

**Emily Peck**
Private International and Commercial Law Section
Attorney-General's Department

3-5 National Circuit I Barton ACT 2600
E: pil@ag.gov.au

**OFFICIAL**

**From:** Omid Khalifeh <omid@omnilg.com>
**Sent:** Saturday, 16 July 2022 8:19 AM
**To:** PIL <PIL@ag.gov.au>
**Cc:** Lara Peterson <lara@omnilg.com>
**Subject:** Re: Laltitude LLC v. JC Ingenium Pty Ltd et al.; Hague Convention Service of Process [SEC=OFFICIAL]

Good morning and I hope this finds you doing well, Emily.

When you have a moment, kindly advise if there have been any updates since your May 16, 2022 email.

Thank you very much, and we look forward to your reply.


Warm Regards,
Omid Khalifeh
<image003.jpg>
[Quoted text hidden]
<PIL - SERVICE - United States - Cruz, Carlos - JC Ingenium - Service Certificate for service on Carlos Cruz in personal capacity.pdf><PIL - SERVICE - United States - Cruz, Carlos - JC Igenium - Service certificate for Ingenium (co Carlos Cruz).PDF><PIL - SERVICE - United States - Cruz, Carlos - JC Ingenium - Letter from AGD re successful service.pdf>

# EXHIBIT B

**Australian Government**

**Attorney-General's Department**

22/1673

19 July 2022

Omid E. Khalifeh
Omni Legal Group
2029 Century Park E. Suite 400
Los Angeles, CA 90067
e: info@omnilegalgroup.com

Dear Sir/Madam

**Request for service of documents in Australia –Carlos Cruz and JC Ingenium Pty Ltd (C/- Carlos Cruz)**

We refer to your request for the service of documents on Carlos Cruz and JC Ingenium Pty Ltd (C/- Carlos Cruz) in Australia made pursuant to the *Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters 1965.*

We wish to advise that service on both Carlos Cruz and JC Ingenium (C/- Carlos Cruz) was successful.

Please find enclosed documents confirming service in this matter.

Also enclosed are two invoices for fees incurred for each service request, payable immediately.  Grateful if you would make payment of the fees in accordance with the letters from the forwarding jurisdiction. Please also consider any international bank transfer fees or handling charges that may be deducted from the amount sought. If there are any additional fees to be paid, please make sure they are included in addition to the amount sought.

Thank you for your assistance in this matter. If you have any questions, please contact me on the details below.

Yours sincerely

Emily Peck
Private International Law Section
Email:  pil@ag.gov.au

 **Communities and Justice**

Private International Law Section
Attorney-General's Department
3-5 National Circuit
BARTON  ACT  2600

Your Ref: 22/1673
Our Ref: LGL22/3163

13 July 2022

**Request from Omni Legal Group, USA for service of documents on JC Ingenium Pty Ltd, C/- Carlos Cruz at 12 Coleman Street, Merrylands NSW 2160 Supreme Court of NSW reference number: 2022/96150**

I refer to the above matter.

The Supreme Court of NSW advises that the documents were personally served on JC Ingenium Pty Ltd on 27 April 2022. I enclose for your information a copy of the Certificate of Service and related documents.

I also enclose a copy of the invoice for AU$70.00. Payment can be made by Credit Card over the phone via the Court Service Contact Centre by dialling +61 1300 679 272. Supreme Court of NSW also accepts payment via bank drafts (in Australian dollars only).

Alternatively, payment of the invoice can be made by way of electronic transfer of funds to the following account and quoting the Supreme Court of NSW reference number. Please allow for any international bank transaction fees or handling charges that may be deducted from the amount sought when making payment. If there are any additional bank fees to be paid, please ensure they are included in addition to the amount sought.

| | |
|---|---|
| **Account Name:** | **Department of Justice Public Monies Account** |
| **Bank Name:** | **Westpac** |
| **BSB:** | **032 001** |
| **Account Number:** | **201652** |
| **SWIFT Code** | **WPACAU2S** |
| **Details for payment:** | **2022/96150** |

If you have any further enquiries about his matter, please contact the Supreme Court of NSW by emailing sc.enquiries@justice.nsw.gov.au and quoting Supreme Court reference number.



**Communities and Justice**

Yours sincerely,

**for Secretary**

**CERTIFICATE OF SERVICE**



**Supreme Court of NSW**
**at SYDNEY**
**COMMON LAW DIVISION**
**2022/00096150**

| | |
|---|---|
| **Case** | Request for service of foreign process by Omni Legal Group, USA on behalf of the United States District Court for the Central District of California |
| **Details of proceeding in foreign Court** | Laltitude LLC<br><br>JC Ingenium Pty Ltd<br><br>issued in the United States District Court for the Central District of California. |
| **Request** | Omni Legal Group, USA on behalf of the United States District Court for the Central District of California<br><br>requested service of documents on<br><br>Carolos Cruz obo of JC Ingenium Pty Ltd<br>12 Coleman Street, Merrylands NSW 2160 |
| **Certification** | I, S. Palagummi, Acting Deputy Registrar of the Supreme Court of New South Wales certify, in conformity with article 6 of the convention as follows:<br><br>1. The documents listed in the summary and attached were served personally on Carolos Cruz obo of JC Ingenium Pty Ltd on the 27 Apr 2022<br>by delivering them at Sheriff's Office, Court House Parramatta the person served accepted the documents.<br><br>2. The affidavit of service is attached. The affidavit is sworn before a person authorised by the law of New South Wales to administer oaths. |



Omni Legal Group, USA on behalf of the United
States District Court for the Central District of
California
C/- Office of the Sheriff of NSW
PO Box 92
PARRAMATTA NSW 2124

**Office of the Sheriff of NSW**
Civil Operations Unit
PO Box 92
PARRAMATTA NSW 2150
Tel : (02) 8688 4080
Email : cou@justice.nsw.gov.au
www.justice.nsw.gov.au

Our Ref: SD-2698

Wednesday, 27 April 2022

Court Case Number     2022/00096150
Case details          Omni Legal Group, USA on behalf of the United States District Court
for the Central District of California Vs  Carlos Cruz Obo Of Jc Ingenium Pty Ltd

## NOTICE OF SERVICE

Dear Sir/Madam,

The Foreign Document has been served and the affidavit is forwarded herewith.

I certify that the service fee, amounting to $0.00, was expended to serve the attached
document.

Senior Sergeant  R de Carvalho
**Office of the Sheriff of NSW**



Form 41 (version 3)
UCPR 35.8

# AFFIDAVIT OF SERVICE ROY ALVARO DE CARVALHO _____

## COURT DETAILS

| | |
|---|---|
| Court | Supreme Court |
| Division | |
| List | |
| Registry | Sydney |
| Case Number | 2022/00096150 |

## TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | Omni Legal Group, USA on behalf of the United States District Court for the Central District of California |
| Defendant | Carlos Cruz Obo Of Jc Ingenium Pty Ltd |

## FILING DETAILS

| | |
|---|---|
| Filed For | |
| Legal Representative | Office of the Sheriff of NSW |
| Legal Representative reference | |
| Contact name and telephone | 02 8688 4080 |

Q. Khoshaba
JP 196057

## AFFIDAVIT

| | |
|---|---|
| Name | Roy Alvaro de Carvalho |
| Address | Sheriff's Office: Parramatta Justice Precinct, 160 Marsden St, Parramatta NSW 2124 |
| Occupation | Senior Sergeant |
| Date | 02/05/2022 |

I say on oath:

1.   I am a Senior Sergeant.

2.   I am over the age of 16 years.

3.   On Wednesday 27 April 2022 at 10:49 AM, I served Carlos Cruz Obo Of Jc Ingenium Pty Ltd with the following documents: Foreign Document.

4.   I served the documents

by delivering same to the defendant personally at Sheriff's Office, Court House Parramatta.

5. At the time of service Carlos Cruz Obo Of Jc Ingenium Pty Ltd stated: [* record what, if anything, the person served said]

I said: "Are you Carlo Cruz?"
He said: "Yes, that's me."
He then produced a NSW Driver Licence confirming his identity.

say on oath at Parramatta

| | |
|---|---|
| Signature of deponent | ......................................................... |
| Name of witness | Nicola Khoshaba |
| Address of witness | 6 George Street, Parramatta NSW 2150 |
| Capacity of witness | Justice of the Peace   NSW 196057 |

And as a witness, I certify the following matters concerning the person who made this affidavit
(the **deponent**):

1  #I saw the face of the deponent. [OR, delete whichever option is inapplicable]
   #I did not see the face of the deponent because the deponent was wearing a face covering ,
   but I am satisfied that the deponent had a special justification for not removing the covering .*

2  #I have known the deponent for at least 12 months. [OR, delete whichever option is inapplicable]
   #I have confirmed the deponent's identity using the following identification document:

N/A

Identification document relied on (may be original or certified copy)

Signature of witness _____

Note: The deponent and witness must sign each page of the affidavit.  See UCPR 35.7B.

[The only "special justification" for not removing a face covering is a legitimate medical reason (at April 2012).]
["Identification documents" include current driver licence, proof of age card, Medicare card, credit card, Centrelink pension card, Veterans Affairs entitlement card, student identity card, citizenship certificate, birth certificate, passport or see Oaths Regulation 2011

JP 196057



Level 5 184 Phillip Street SYDNEY NSW 2000
GPO Box 3 SYDNEY NSW 2001
DX 829, Sydney
Telephone: 1300 679 272
Email: sc.enquiries@justice.nsw.gov.au
Website: www.supremecourt.justice.nsw.gov.au
ABN: 77 057 165 500

# Supreme Court
of New South Wales

Omni Legal Group, USA on behalf of the United States District Court for the Central District of California
C/- Department of Communities & Justice (Legal)
Locked Mail Bag Service 5000
PARRAMATTA NSW 2150

D0001K4E00

| Your Ref: | | | |
|---|---|---|---|
| | Issued: | | 4 April 2022 |
| | **Payment Due:** | | 6 May 2022 |
| | Invoice Number: | | 18395971 |

Case No: 2022/00096150
Request for service of foreign process by Omni Legal Group, USA on behalf of the United States District Court for the Central District of California

| Tax Invoice | | | | |
|---|---|---|---|---|
| Qty | Description | Unit Value | GST | Total |
| 1 | Filing Fee - Request for service of foreign process | $63.64 | $6.36 | $70.00 |
| | | **Invoice Total (incl GST)** | | $70.00 |

**How to pay**

**Online:**

- **Pay Court fees using Simple Payment Portal:** With your original invoice you may have received a secure web link by email or SMS with the details you need to make payment. If you have not received a secure web link to make payment and would like to use this online payment option, please email sc.enquiries@justice.nsw.gov.au and you will be sent a secure web link.

- **Pay a fine/penalty notice online using a credit or debit card:** Visit onlineregistry.lawlink.nsw.gov.au. Click 'Pay Your Penalty' to pay your penalty with the Payment Reference Number (PRN) published on your notice. You may have multiple Payment Reference Numbers. Please search and pay each PRN individually to ensure you have paid all fines that are applicable. Payments can be made via a credit card or debit card. Cards accepted include MasterCard, Visa and American Express.

**Other options:**

- **Payments by phone:** Credit Card payments can be made by contacting the NSW Court Service Centre on 1300 679 272 between the hours of 8:30am and 4:30pm, Monday to Friday. You will need to supply your PRN or case number located on this document.

- **Payments by Post:** Please make out a bank cheque or money order to Supreme Court of NSW and send it with a copy of this Notice to the address shown in the top right of the notice.

 **Communities and Justice**



Private International Law Section
Attorney-General's Department
3-5 National Circuit
BARTON  ACT  2600

Your Ref: 22/1672
Our Ref: LGL22/3162

13 July 2022

**Request from Omni Legal Group, USA for service of documents on Carlos Cruz at 12 Coleman Street, Merrylands NSW 2160**
**Supreme Court of NSW reference number: 2022/96138**

I refer to the above matter.

The Supreme Court of NSW advises that the documents were personally served on Carlos Cruz on 27 April 2022. I enclose for your information a copy of the Certificate of Service and related documents.

I also enclose a copy of the invoice for AU$70.00. Payment can be made by Credit Card over the phone via the Court Service Contact Centre by dialling +61 1300 679 272. Supreme Court of NSW also accepts payment via bank drafts (in Australian dollars only).

Alternatively, payment of the invoice can be made by way of electronic transfer of funds to the following account and quoting the Supreme Court of NSW reference number. Please allow for any international bank transaction fees or handling charges that may be deducted from the amount sought when making payment. If there are any additional bank fees to be paid, please ensure they are included in addition to the amount sought.

| | |
|---|---|
| **Account Name:** | **Department of Justice Public Monies Account** |
| **Bank Name:** | **Westpac** |
| **BSB:** | **032 001** |
| **Account Number:** | **201652** |
| **SWIFT Code** | **WPACAU2S** |
| **Details for payment:** | **2022/96138** |



**Communities and Justice**

If you have any further enquiries about his matter, please contact the Supreme Court of NSW by emailing sc.enquiries@justice.nsw.gov.au and quoting Supreme Court reference number.

Yours sincerely,

**for Secretary**

**CERTIFICATE OF SERVICE**



**Supreme Court of NSW
at SYDNEY
COMMON LAW DIVISION
2022/00096138**

| | |
|---|---|
| **Case** | Request for service of foreign process by Omni Legal Group, USA on behalf of the United States District Court for the Central District of California |
| **Details of proceeding in foreign Court** | Laltitude LLC<br><br>Carlos Cruz<br><br>issued in the United States District Court for the Central District of California. |
| **Request** | Omni Legal Group, USA on behalf of the United States District Court for the Central District of California<br><br>requested service of documents on<br><br>Carlos Cruz<br>12 Coleman Street, Merrylands NSW 2160 |
| **Certification** | I, S. Palagummi, Acting Deputy Registrar of the Supreme Court of New South Wales certify, in conformity with article 6 of the convention as follows:<br><br>1. The documents listed in the summary and attached were served personally on Carlos Cruz on the 27 Apr 2022 by delivering them at Sheriff's Office, Court House Parramatta the person served accepted the documents.<br><br>2. The affidavit of service is attached. The affidavit is sworn before a person authorised by the law of New South Wales to administer oaths. |

laquil1



**Office of the Sheriff of NSW**
Civil Operations Unit
PO Box 92
PARRAMATTA NSW 2150
Tel : (02) 8688 4080
Email : cou@justice.nsw.gov.au
www.justice.nsw.gov.au

Omni Legal Group, USA on behalf of the United
States District Court for the Central District of
California
C/- Office of the Sheriff of NSW
PO Box 92
PARRAMATTA NSW 2124

Our Ref: SD-2682

Wednesday, 27 April 2022

Court Case Number      2022/00096138
Case details              Omni Legal Group, USA on behalf of the United States District Court
for the Central District of California Vs  Carlos Cruz

## NOTICE OF SERVICE

Dear Sir/Madam,

The Foreign Document has been served and the affidavit is forwarded herewith.

I certify that the service fee, amounting to $0.00, was expended to serve the attached document.

Senior Sergeant  R de Carvalho
**Office of the Sheriff of NSW**

Form  41 (version 3)
UCPR 35.8

## AFFIDAVIT OF SERVICE  ROY ALVARO DE CARVALHO  _____

### COURT DETAILS

| | |
|---|---|
| Court | Supreme Court |
| Division | |
| List | |
| Registry | Sydney |
| Case Number | 2022/00096138 |

### TITLE OF PROCEEDINGS

| | |
|---|---|
| Plaintiff | Omni Legal Group, USA on behalf of the United States District Court for the Central District of California |
| Defendant | Carlos Cruz |

### FILING DETAILS

| | |
|---|---|
| Filed For | |
| Legal Representative | Office of the Sheriff of NSW |
| Legal Representative reference | |
| Contact name and telephone | 02 8688 4080 |

N. Khoshaba
JP 196057

## AFFIDAVIT

| | |
|---|---|
| Name | Roy Alvaro de Carvalho |
| Address | Sheriff's Office: Parramatta Justice Precinct, 160 Marsden St, Parramatta NSW 2124 |
| Occupation | Senior Sergeant |
| Date | 02/05/2022 |

I say on oath:

1.   I am a Senior Sergeant.

2.   I am over the age of 16 years.

3.   On Wednesday 27 April 2022 at 10:49 AM, I served Carlos Cruz with the following documents: Foreign Document.

4.   I served the documents

by delivering same to the defendant personally at Sheriff's Office, Court House Parramatta.

5. At the time of service Carlos Cruz stated: [* record what, if anything, the person served said]

I said: "Are you Carlo Cruz?"
He said: "Yes, that's me."
He then produced a NSW Driver Licence confirming his identity.

say on oath at Parramatta

Signature of deponent ...........................................................

Name of witness    Nicola Khoshaba.............

Address of witness    6 George Street, Parramatta NSW 2150

Capacity of witness    Justice of the Peace    196057

And as a witness, I certify the following matters concerning the person who made this affidavit
(the **deponent**):

1  #I saw the face of the deponent. [OR, delete whichever option is inapplicable]
   #I did not see the face of the deponent because the deponent was wearing a face covering ,
   but I am satisfied that the deponent had a special justification for not removing the covering .*

2  #I have known the deponent for at least 12 months. [OR, delete whichever option is inapplicable]
   #I have confirmed the deponent's identity using the following identification document:

N/A

Identification document relied on (may be original or certified copy)

Signature of witness

Note: The deponent and witness must sign each page of the affidavit.  See UCPR 35.7B.

[The only "special justification" for not removing a face covering is a legitimate medical reason (at April 2012).]
["Identification documents" include current driver licence, proof of age card, Medicare card, credit card, Centrelink pension card, Veterans Affairs entitlement card, student identity card, citizenship certificate, birth certificate, passport or see Oaths Regulation 2011



Level 5 184 Phillip Street SYDNEY NSW 2000
GPO Box 3 SYDNEY NSW 2001
DX 829, Sydney
Telephone: 1300 679 272
Email: sc.enquiries@justice.nsw.gov.au
Website: www.supremecourt.justice.nsw.gov.au
ABN: 77 057 165 500

# **Supreme Court**
of New South Wales

Omni Legal Group, USA on behalf of the United States District Court for the Central District of California
C/- Department of Communities & Justice (Legal)
Locked Mail Bag Service 5000
PARRAMATTA NSW 2150



D0001K4E46

| Your Ref: | | |
|---|---|---|
| | Issued: | 4 April 2022 |
| | **Payment Due:** | 6 May 2022 |
| | Invoice Number: | 18395924 |

Case No: 2022/00096138
Request for service of foreign process by Omni Legal Group, USA on behalf of the United States District Court for the Central District of California

| Tax Invoice | | | | |
|---|---|---|---|---|
| **Qty** | **Description** | **Unit Value** | **GST** | **Total** |
| 1 | Filing Fee - Request for service of foreign process | $63.64 | $6.36 | $70.00 |
| | | **Invoice Total (incl GST)** | | $70.00 |

## **How to pay**

**Online:**
- **Pay Court fees using Simple Payment Portal:** With your original invoice you may have received a secure web link by email or SMS with the details you need to make payment. If you have not received a secure web link to make payment and would like to use this online payment option, please email sc.enquiries@justice.nsw.gov.au and you will be sent a secure web link.

- **Pay a fine/penalty notice online using a credit or debit card:** Visit onlineregistry.lawlink.nsw.gov.au. Click 'Pay Your Penalty' to pay your penalty with the Payment Reference Number (PRN) published on your notice. You may have multiple Payment Reference Numbers. Please search and pay each PRN individually to ensure you have paid all fines that are applicable. Payments can be made via a credit card or debit card. Cards accepted include MasterCard, Visa and American Express.

**Other options:**
- **Payments by phone:** Credit Card payments can be made by contacting the NSW Court Service Centre on 1300 679 272 between the hours of 8:30am and 4:30pm, Monday to Friday. You will need to supply your PRN or case number located on this document.

- **Payments by Post:** Please make out a bank cheque or money order to Supreme Court of NSW and send it with a copy of this Notice to the address shown in the top right of the notice.