Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Lara A. Petersen, SBN 318475
**OMNI LEGAL GROUP**
2029 Century Park E, Suite 438
Los Angeles, California 90067
Phone:       310.276.6664
Facsimile:   310.305.1550
omid@omnilg.com
ariana@omnilg.com
lara@omnilg.com

Attorneys for Plaintiff,
LALTITUDE LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE LLC, a California limited liability,<br><br>Plaintiff,<br><br>vs.<br><br>JC INGENIUM PTY LTD, an Australian private company; CARLOS CRUZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-8575-MCS-AFM<br><br>**DECLARATION OF OMID E. KHALIFEH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE**<br><br>Hearing Date: November 28, 2022<br>Hearing Time: 9:00 a.m.<br><br>*Hon. Mark C. Scarsi* |

I, Omid E. Khalifeh, declare as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am the principal attorney of Omni Legal Group, P.L.C., and the lead counsel for Plaintiff Laltitude LLC ("Plaintiff") in the above-captioned matter.

2. I make this Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss and/or Strike. *See* Dkt. 24. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. Defendants not only offer for sale their magnetic brick tiles on Amazon.com, but also through their own websites https://www.jcingenium.com/ and https://www.magblox.com.au/. On https://www.magblox.com.au/, Defendants advertise "WORLDWIDE SHIPPING AVAILABLE" prominently across the top of the webpage. *See* **EXHIBIT A** for a true and correct screenshot of Defendants' website accessed on November 7, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on this 7th day of November, 2022.

                                              **OMNI LEGAL GROUP**

                                              Omid E. Khalifeh

# EXHIBIT A





