JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE LLC, a California limited liability,<br><br>  Plaintiff,<br><br>  v.<br><br>JC INGENIUM PTY LTD, an Australian private company; CARLOS CRUZ, an individual; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-08575-MCS-AFM<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss, IT IS ADJUDGED that the action is dismissed without prejudice for lack of personal jurisdiction. Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: February 21, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE